**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CLARENCE ANDERSON**                                                         **PLAINTIFF**
**ADC #165441**

**v.**                         **Case No: 3:20-cv-00074-LPR**

**CANDY DAVIS,** *et al***.**                                                  **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Clarence Anderson's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 30th day of April 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE